## NORMAN G. JENSEN, INC., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 2011–1319.

United States Court of Appeals, Federal Circuit.

July 8, 2011.

Joel R. Junker, Joel R. Junker & Associates, Seattle, WA, for Plaintiff-Appellant.

Jason M. Kenner, Barbara S. Williams, Justin R. Miller, Department of Justice, Paula S. Smith, U.S. Customs Service, New York, NY, for Defendant–Appellee.

Before PROST, Circuit Judge.

## ON MOTION

### ORDER

The appellant moves to stay proceedings in this appeal pending the court's disposition in *Hitachi v. United States,* 2010–1345. The United States opposes. The appellant replies. In the event that the motion to stay is not granted, Norman also moves without opposition for a 60–day extension of time, until August 12, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay proceedings is denied.

(2) The motion for an extension of time is granted.